# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **LITTLE RED ROOSTER ICE CREAM COMPANY D/B/A NADAMOO!**<br><br>   **Plaintiff,**<br><br>v.<br><br>**G.S. GELATO & DESSERTS, INC.,**<br>   **Defendant.** | Civil Action No. 1:22-cv-121-DAE<br><br><br><br>**JURY DEMAND** |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. The parties indicate that they have resolved their dispute and request dismissal with prejudice of all claims between them.

Having considered the parties' stipulation, **IT IS ORDERED** that all claims and causes of action asserted between the parties in the above-referenced case are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs, expenses, and attorneys' fees.

SIGNED this 9th day of October, 2024.

_____
HON. JUDGE DAVID A. EZRA
UNITED STATES DISTRICT COURT